UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV-04-1351 ADM/RLE

| | |
|---|---|
| Bruce Beckstrom, <br><br> Plaintiff, <br><br> vs. <br><br> Direct Merchant's Credit Card Bank; Messerli & Kramer P.A.; CSC Credit Services, Inc.; and Trans Union LLC, <br><br> Defendants. | **DEPOSITION TRANSCRIPT EXPENSES** |

The following is a true and accurate itemization of Messerli & Kramer P.A.'s deposition costs for the above-titled case:

| | |
|---|---:|
| DEPOSITION OF WELLS FARGO DATED MAY 31, 2005 | **$211.40** |
| DEPOSITION OF MESSERLI & KRAMER P.A. DATED FEBRUARY 22, 2005 | **$145.20** |
| DEPOSITION OF MESSERLI & KRAMER P.A. DATED JUNE 15, 2005 | **$237.81** |
| DEPOSITION OF MESSERLI & KRAMER P.A. DATED OCTOBER 22, 2004 | **$245.80** |
| DEPOSITION OF CHRISTINE BECKSTROM DATED JUNE 8, 2005 | **$150.73** |
| DEPOSITION OF BRUCE/BRYCE BECKSTROM DATED APRIL 13, 2005 | **$846.72** |

| | |
|---|---|
| DEPOSITION OF EXPERIAN DATED APRIL 22, 2005 | $87.24 |
| DEPOSITION OF HARRIET KRUGER DATED APRIL 22, 2005 | $253.82 |
| DEPOSITION OF DIRECT MERCHANT'S CREDIT CARD BANK DATED APRIL 22, 2005 | $851.21 |
| **TOTAL:** | **$3,029.23** |

Dated: The 9TH day of November 2005.

MESSERLI & KRAMER P.A.

*[signature]*

Derrick N. Weber, ID 241623
3033 Campus Drive, Suite 250
Plymouth, MN 55441
Telephone: (763) 548-7942
Fax: (763) 548-7922

ATTORNEY FOR DEFENDANT
MESSERLI & KRAMER P.A.



# CIVIL ACTION GROUP
## dba APS International, Ltd.

APS International Plaza - 7800 Glenroy Rd.
Minneapolis, Minnesota 55439-3122
(952) 831-7776

**DUPLICATE INVOICE**
APS File No: 72040-0001
31-May-2005

**BILL TO:**

MESSERLI & KRAMER
Attn: Mr. Jefferson Pappas
3033 Campus Dr., Suite 250
Plymouth, MN 55441

**PAST DUE - Please remit payment promptly or call.**

Case Name:　　Bruce Beckstrom v Direct Merchant's Credit Card Bank
Attorney File #:
Subject:　　Wells Fargo Bank and Its Attorne
Location:　　Phoenix, AZ

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 31-May-2005 | Deposition Transcript Copy | 45 | 3.60 | 162.00 | OK | |
| 31-May-2005 | Shipping/Handling | 1 | 11.00 | 11.00 | | |
| 31-May-2005 | Condensed Transcript | 1 | 25.00 | 25.00 | | |
| 31-May-2005 | Exhibits | 18 | 0.40 | 7.20 | | |
| 30-Jun-2005 | Accrued Interest | 1 | 3.08 | 3.08 | | |
| 31-Jul-2005 | Accrued Interest | 1 | 3.12 | 3.12 | | |
| | Total Charges: | | | 211.40 | | |
| | | | | Balance Due: | | $211.40 |

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT**
Federal Tax ID: 41-1954233



## Civil Action Group
### dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
(952) 831-2355

**INVOICE**
APS File No: 70490-0001
22-Feb-2005

**BILL TO:**

MESSERLI & KRAMER
Attn: Mr. Jefferson Pappas
3033 Campus Dr., Suite 250
Plymouth, MN 55441

Case Name: Beckstrom v Messerli & Kramer
Attorney File #:
Subject: Messerli's Rule 30(b)(6) Represe
Location: Little Canada, MN

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 22-Feb-2005 | Deposition Transcript Copy | 53 | 2.20 | 116.60 | | |
| 22-Feb-2005 | Shipping/Handling | 1 | 11.00 | 11.00 | | |
| 22-Feb-2005 | Exhibits | 19 | 0.40 | 7.60 | | |
| 22-Feb-2005 | Read & Sign | 1 | 10.00 | 10.00 | | |
| | | | Total Charges: | 145.20 | | |
| | | | Balance Due: | | | $145.20 |

**IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.**
Federal Tax ID: 41-1954233

Page 1 of 1



# CIVIL ACTION GROUP
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Rd.
Minneapolis, Minnesota 55439-3122
(952) 831-7776

**DUPLICATE INVOICE**
APS File No: 72288-0001

15-Jun-2005

**BILL TO:**

MESSERLI & KRAMER
Attn: Mr. George R. Serdar
3033 Campus Dr., Suite 250
Plymouth, MN 55441

**PAST DUE - Please remit payment promptly or call.**

Case Name: Bruce Beckstrom v. Direct Merchant's Credit Card Bank
Attorney File #:
Subject: Messerli & Kramer P.A.
Location: Little Canada, MN

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 15-Jun-2005 | Deposition Transcript Copy | 66 | 2.75 | 181.50 | OK | |
| 15-Jun-2005 | Shipping/Handling | 1 | 11.00 | 11.00 | | |
| 15-Jun-2005 | Exhibits | 17 | 0.40 | 6.80 | Chrod | |
| 15-Jun-2005 | Read & Sign | 1 | 10.00 | 10.00 | | |
| 15-Jun-2005 | Email of Transcript | 1 | 25.00 | 25.00 | | |
| 31-Jul-2005 | Accrued Interest | 1 | 3.51 | 3.51 | | |
| | Total Charges: | | | 237.81 | | |
| | | | | Balance Due: | | $237.81 |

*IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.*
Federal Tax ID: 41-1954233

Page 2 of 2

# CIVIL ACTION GROUP

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
(952) 831-2355



4511-1  OK DWW
A/20/04

Group of Companies:
APS Document Services (DOCS)
Healthcare Providers Copy Service (HPCS)
APS International Division (INTL)
Medical Records, Inc. (MRI)
APS National Division (NATL)

**Attn: Accounts Payable Department**
MESSERLI & KRAMER
3033 Campus Dr., Suite 250
Plymouth, MN 55441

| Division | Invoice # | Invoice Date | Contact | Subject | Invoice Amt | Balance* |
|---|---|---|---|---|---|---|
| NATL | 068755--0001 | 22-Oct-2004 | Derrick N. Weber Esq. | Beckstrom | $245.80 | $245.80 |
| Your Ref: | | | Pappas, Jefferson | | | |
| | | | | Subtotal for this Contact: | $245.80 | $245.80 |
| | | | | Totals: | $245.80 | $245.80 |

**Aging:**

| 0-30: | $245.80 | 31-60: | $0.00 | 61-90: | $0.00 | 91-120: | $0.00 | Over 120: | $0.00 |

Federal Tax ID: 41-1954233                                                    Saturday, October 30, 2004

**IMPORTANT – FOR PROPER CREDIT, RETURN A COPY OF THIS STATEMENT WITH PAYMENT.**
*Balance Due includes any accrued interest charges.



# CIVIL ACTION GROUP
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Rd.
Minneapolis, Minnesota 55439-3122
(952) 831-7776

**DUPLICATE INVOICE**
APS File No: 72175-0001

08-Jun-2005

**BILL TO:**

MESSERLI & KRAMER
Attn: Mr. Brian Chou
3033 Campus Dr., Suite 250
Plymouth, MN 55441

**PAST DUE - Please remit payment promptly or call.**

Case Name: Bruce Beckstrom v Direct Merchants Credit Card Bank
Attorney File #:
Subject: Beckstrom, Christin
Location: Duluth, MN

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 08-Jun-2005 | Deposition Transcript Copy | 50 | 2.75 | 137.50 | OK | |
| 08-Jun-2005 | Shipping/Handling | 1 | 11.00 | 11.00 | OK/OK | |
| 31-Jul-2005 | Accrued Interest | 1 | 2.23 | 2.23 | | |
| | Total Charges: | | | 150.73 | | |
| | | | | Balance Due: | | $150.73 |

IMPORTANT -- FOR PROPER CREDIT PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
Federal Tax ID: 41-1954233



# CIVIL ACTION GROUP
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Rd.
Minneapolis, Minnesota 55439-3122
(952) 831-7776

**DUPLICATE INVOICE**
APS File No: 71322-0001
13-Apr-2005

**BILL TO:**

MESSERLI & KRAMER
Attn: Mr. Jefferson Pappas
3033 Campus Dr., Suite 250
Plymouth, MN 55441

*PAST DUE - Please remit payment promptly or call.*

Case Name: Bruce Beckstrom v Direct Merchants Credit Card Bank, et al
Attorney File #:
Subject: Beckstrom/Beckstrom
Location: Duluth, MN

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 13-Apr-2005 | Deposition Transcript Copy | 287 | 2.48 | 710.33 | JK | |
| 13-Apr-2005 | Shipping/Handling | 1 | 11.00 | 11.00 | | |
| 13-Apr-2005 | Condensed Transcript | 2 | 25.00 | 50.00 | OMC9K | |
| 13-Apr-2005 | Exhibits | 96 | 0.40 | 38.40 | | |
| 31-May-2005 | Accrued Interest | 1 | 12.15 | 12.15 | | |
| 30-Jun-2005 | Accrued Interest | 1 | 12.33 | 12.33 | | |
| 31-Jul-2005 | Accrued Interest | 1 | 12.51 | 12.51 | | |
| | | | Total Charges: | 846.72 | | |
| | | | | Balance Due: | | $846.72 |

*IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.*
Federal Tax ID: 41-1954233



# CIVIL ACTION GROUP
## dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Rd.
Minneapolis, Minnesota 55439-3122
(952) 831-7776

**DUPLICATE INVOICE**
APS File No: 71456-0001
22-Apr-2005

## BILL TO:

MESSERLI & KRAMER
Attn: Mr. Jefferson Papjas
3033 Campus Dr., Suite 250
Plymouth, MN 55441

**PAST DUE - Please remit payment promptly or call.**

Case Name: Beckstrom v Messerli & Kramer
Attorney File #:
Subject: Experian's Rule 30(b)(6) Rep.
Location: Dallas, TX

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 22-Apr-2005 | Deposition Transcript Copy | 23 | 2.48 | 56.93 | x to | |
| 22-Apr-2005 | Shipping/Handling | 1 | 5.50 | 5.50 | Pay | |
| 22-Apr-2005 | Exhibits | 42 | 0.50 | 21.00 | | |
| 31-May-2005 | Accrued Interest | 1 | 1.25 | 1.25 | | |
| 30-Jun-2005 | Accrued Interest | 1 | 1.27 | 1.27 | | |
| 31-Jul-2005 | Accrued Interest | 1 | 1.29 | 1.29 | | |
| | | | Total Charges: | 87.24 | | |
| | | | Balance Due: | | | $87.24 |

*IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT*
*Federal Tax ID: 41-1954233*



# CIVIL ACTION GROUP
## dba APS International, Ltd.

APS International Plaza   7800 Glenroy Rd
Minneapolis, Minnesota 55439-3122
(952) 831-7776

**DUPLICATE INVOICE**
APS File No: 71482-0001
22-Apr-2005

**BILL TO:**

MESSERLI & KRAMER
Attn: Mr. Jefferson Papp as
3033 Campus Dr., Suite 50
Plymouth, MN 55441

**PAST DUE - Please remit payment promptly or call.**

Case Name:    Beckstrom v Direc Merchant's Credit Card Bank
Attorney File #:
Subject:      Kruger, Harriet
Location:     Scottsdale, AZ

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 22-Apr-2005 | Deposition Transcript Copy | 53 | 3.58 | 189.48 | OK to Pay WCH | |
| 22-Apr-2005 | Condensed Transcript | 1 | 25.00 | 25.00 | | |
| 22-Apr-2005 | Exhibits | 5 | 0.65 | 3.25 | | |
| 22-Apr-2005 | Email of Transcript | 1 | 25.00 | 25.00 | | |
| 31-May-2005 | Accrued Interest | 1 | 3.64 | 3.64 | | |
| 30-Jun-2005 | Accrued Interest | 1 | 3.70 | 3.70 | | |
| 31-Jul-2005 | Accrued Interest | 1 | 3.75 | 3.75 | | |
| | Total Charges: | | | 253.82 | | |
| | | | | Balance Due: | | $253.82 |

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
Federal Tax ID: 41-1954233



**Civil Action Group**

dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
(952) 831-2355

# INVOICE
APS File No: 71488-0001

22-Apr-2005

### BILL TO:

MESSERLI & KRAMER
Attn: Mr. Jefferson Pappas
3033 Campus Dr., Suite 250
Plymouth, MN 55441

Case Name:       Beckstrom v Direct Merchants
Attorney File #:
Subject:         Direct Merchants Inc.'s 30(b)(6)
Location:        Scottsdale, AZ

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 22-Apr-2005 | Deposition Transcript Copy | 192 | 3.58 | 686.40 | | |
| 22-Apr-2005 | Shipping/Handling | 1 | 11.00 | 11.00 | | |
| 22-Apr-2005 | Condensed Transcript | 1 | 25.00 | 25.00 | | |
| 22-Apr-2005 | Exhibits | 84 | 0.65 | 54.60 | | |
| 22-Apr-2005 | Email of Transcript | 1 | 25.00 | 25.00 | | |
| 31-May-2005 | Accrued Interest | 1 | 12.03 | 12.03 | | |
| 30-Jun-2005 | Accrued Interest | 1 | 12.21 | 12.21 | | |
| 31-Jul-2005 | Accrued Interest | 1 | 12.39 | 12.39 | | |
| 31-Aug-2005 | Accrued Interest | 1 | 12.58 | 12.58 | | |
| | | | Total Charges: | 851.21 | | |

## PAYMENTS

| Date | Check Number | | | | | |
|---|---|---|---|---|---|---|
| 20-Sep-2005 | 81326 | | | | 851.21 | |
| | | | Total Payments: | | 851.21 | |
| | | | Balance Due: | | | $0.00 |

*IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.*
*Federal Tax ID: 41-1954233*

Page 1 of 1